■ FRANK R. BRICE, Respondent, v LAFAYETTE COUNTRY CLUB, INC., Appellant. (Appeal No. 2.)—Order unanimously modified on the law and as modified affirmed without costs, in accordance with same Memorandum as in *Brice v Lafayette Country Club* ([appeal No. 1] 177 AD2d 957 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Nicholson, J.—Reargument.) Present—Doerr, J. P., Boomer, Pine, Balio and Lawton, JJ.